## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LUCIA BRAVO,
an individual,

                                              Case No.: 8:21-cv-887-TPB-SPF

       Plaintiff,

v.

IQ DATA INTERNATIONAL, INC.
a foreign for-profit corporation,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION, LLC,
a foreign limited liability company,

       Defendants.

_____/

## NOTICE OF CHARGING LIEN

**PLEASE BE ADVISED** that the law firm Swift, Isringhaus & Dubbeld, P.A.

("Firm") hereby asserts an attorney's charging lien for reasonable compensation for

legal services performed and costs incurred on behalf of Plaintiff in connection with

representation in this Action. In support thereof, Firm asserts as follows:

       1.     An express contract for services exists between Plaintiff and Firm for

the matters at issue in this Action.

       2.     The express contract provides that attorneys' fees and costs incurred by

Firm, on behalf of Plaintiff, in this Action would be paid out of any recovery.

3.      Firm acted as Plaintiff's counsel until August 27, 2021, when the undersigned was compelled to file a Motion to Withdraw as Plaintiff's counsel due to newly presented facts that were inconsistent and contradictory to the facts alleged in the instant case to date.

4.      Firm expended material attorneys' fees and costs on behalf of Plaintiff in this Action.

5.      A dispute or avoidance of payment of the attorneys' fees and costs exists.

6.      Firm's attorneys' fees and costs incurred on behalf of Plaintiff will produce a positive judgment or settlement.

7.      The lien claimed herein attaches "only to the tangible fruits of the services." *See Walter v. Ossinsky & Cathcart, P.A.*, 112 So. 3d 116, 117 (Fla. 5th DCA 2013).

8.      Firm provides this notice timely, prior to any settlement or judgment. *See Flynn v. Sarasota County Public Hospital Board*, 169 F. Supp. 2d 1363, 1368-1369 (M.D. Fla. 2001).

Dated:      August 27, 2021

Respectfully submitted,

**SWIFT, ISRINGHAUS & DUBBELD, P.A.**

/s/ *Jon P. Dubbeld*
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Aaron M. Swift, Esq., FBN 0093088**
**Jon. P. Dubbeld, Esq., FBN 0105869**
8380 Bay Pines Rd.

St. Petersburg, FL 33709
Phone: (727) 755-3676
Fax: (727) 255-5332
jisringhaus@swift-law.com
aswift@swift-law.com
jdubbeld@swift-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2021, a true and correct copy of the

above and foregoing was electronically filed via CM/ECF which will electronically

serve counsel of record:

Douglas A. Kahle, Esq.
Schwed Kahle Kress PA
11410 N. Jog Road, Suite 100
Palm Beach Gardens, FL 33418
561 694 0070
*Counsel for Defendant*

I also provided a true and correct copy of the above and foregoing via U.S. Mail and
e-mail to:

Lucia Bravo
9924 Azalea Bloom Way #419
Riverview, FL 33578
[Plaintiff's confidential personal e-mail address]
*Plaintiff*

/s/ *Jon P. Dubbeld*
Attorney

- 4 -