UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCIA BRAVO,

    Plaintiff,

v.                                        Case No. 8:21-cv-887-TPB-SPF

IQ DATA INTERNATIONAL, INC., et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on the "Emergency Motion to Withdraw as Counsel for Plaintiff" (Doc. 42) and the "Emergency Notice of Intent to Move for Withdrawal as Counsel for Plaintiff and Opposed Motion to Extend Mediation Deadline" (Doc. 43). After reviewing the motions, court file, and the record, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The "Emergency Motion to Withdraw as Counsel for Plaintiff" (Doc. 42) is **GRANTED**. The Court notes that the motion does not comply with Local Rule 2.02(c). However, in the interest of justice, the Court suspends application of the rule under Rule 1.01(b). Jon P. Dubbeld, Esq., Aaron M. Swift, Esq., Jordan Tyler Isringhaus, Esq., and Sean Edward McEleney, Esq. are discharged of further responsibility in this matter, other than as directed in this Order. The Clerk is directed to terminate them as counsel of record.

(2) Jon P. Dubbeld, Esq. is **DIRECTED** to provide a copy of this Order to Plaintiff Lucia Bravo, and to file a notice on the Court's docket indicating that he has done so within seven (7) days.

(3) The Clerk is **DIRECTED** to add Plaintiff Lucia Bravo's contact information in CM/ECF: Lucia Bravo, 9924 Azalea Bloom Way #419, Riverview, FL 33578.

(4) On or before September 27, 2021, Plaintiff Lucia Bravo is **DIRECTED** to retain new counsel, who shall file a notice of appearance on the docket, or to file a notice indicating that she intends to proceed *pro se*.

(5) The "Opposed Motion to Extend Mediation Deadline" (Doc. 43) is **GRANTED**. The mediation deadline will be reset by separate order.

(6) This case will be set for a status conference. **Plaintiff Lucia Bravo is directed to personally appear at the status conference, even if she has retained new counsel at that time. Failure to appear as directed will result in the dismissal of this action without prejudice without further notice.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 27th day of August, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**