UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUCIA BRAVO,

    Plaintiff,

v.                                                     Case No. 8:21-cv-887-TPB-SPF

IQ DATA INTERNATIONAL, INC., et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on October 24, 2022. (Doc. 100). Judge Flynn recommends that Defendant IQ Data International, Inc.'s supplemental motion for attorney's fees and costs (Doc. 99) be granted in part and denied in part. Specifically, Judge Flynn recommends that the Court award Defendant IQ Data $45,222.75 in attorney's fees and $2,737.54 in costs. No objection was filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and

recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Flynn's well-reasoned factual findings and conclusions. Consequently, the supplemental motion for attorney's fees and costs is granted in part and denied in part.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Judge Flynn's report and recommendation (Doc. 100) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)  Defendant IQ Data International, Inc.'s supplemental motion for attorney's fees and costs (Doc. 99) is hereby **GRANTED IN PART** and **DENIED IN PART.**

(3)  The Court finds that Defendant IQ Data International, Inc. is entitled to $45,222.75 in attorney's fees and $2,737.54 in costs.

(4)  The Clerk is directed to prepare a judgment in favor of Defendant IQ Data

International, Inc., and against Plaintiff Lucia Bravo, that includes the award of attorney's fees and costs referenced herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>14th</u> day of November, 2022.

*/s/ Tom Barber*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**